[No. 9207–1–III.   Division Three.   November 2, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN EDWARD KOCH, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 87–1–00085–5, Fred L. Stewart, J., entered March 18, 1988. *Affirmed* by unpublished opinion

per Shields, J., concurred in by Munson, A.C.J., and Green, J.